# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 21, 2022

## NO. 03-22-00581-CR

**Ex parte Robert Joseph Yezak**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER**

This is an appeal seeking review of an application for writ of habeas corpus filed in the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.